| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>COLLERAN, O'HARA & MILLS, L.L.P.<br>Thomas P. Keane, Esq.<br>100 Crossway Park Drive West, Suite 200<br>Woodbury, New York 11797<br>P: (516) 248-5757<br>F: (516) 742-1765<br>E: tpk@cohmlaw.com<br><br>*Counsel to Defendant* Tile Setters and Tile Finishers Union Of New York And New Jersey, Local No. 7 Of the International Union of Bricklayers and Allied Craftworkers | |
| In Re:<br><br>KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE & MARBLE, LLC,<br><br>          Debtor. | Chapter 11<br><br>**Case No.:** 24-20009-JNP<br><br>**Adv. Proc. No.:** 24-1602-JNP |
| KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE & MARBLE, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>TILE SETTERS AND TILE FINISHERS UNION OF NEW YORK AND NEW JERSEY, LOCAL NO. 7 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; and TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, ET. AL.,<br><br>          Defendants. | |

**STIPULATION OF ADJOURNMENT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

attorneys for the respective parties that return date for Defendant's opposition to Plaintiff's Order

1

to Show Cause, presently set for hearing on October 29, 2024, and is hereby adjourned to November 12, 2024 at 9:30 a.m., or soon thereafter as counsel may be heard, before the Honorable Jerrold N. Poslusny Jr. at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, New Jersey.

**IT IS FURTHER AGREED** that Defendant's written reply with a current return date of October 25, 2024 at 4:00 p.m. EST is hereby adjourned to November 8, 2024.

This stipulation may be signed in counterparts, the whole of which shall be deemed a complete original and facsimile or e-mail copy signatures shall be deemed originals.

Dated: October 25, 2024

| | |
|---|---|
| *Thomas P. Keane* | *Edmond M. George* |
| **THOMAS P. KEANE, ESQ.** | **EDMOND M. GEORGE, ESQ.** |
| Colleran, O'Hara & Mills L.L.P. | **MICHAEL D. VAGNONI, ESQ.** |
| *Counsel for Defendant Union Local 7* | Obermayer Rebmann Maxwell & |
| 100 Crossways Park Drive West, Suite 200 | Hippel, LLP |
| Woodbury, NY 11797 | *Counsel for Plaintiff Debtor KIMO TILE &* |
| (516) 248-5757 | *MARBLE, LLC* |
| Email: tpk@cohmlaw.com | 1120 Route 73, Suite 420 |
| | Mount Laurel, NJ 10552 |
| | (856) 795-3300 |
| | Email: edmond.george@obermayer.com |
| | Email: michael.vagnoni@obermayer.com |