EXHIBIT C

Kimo tile has been authorized to resume operations. You are cleared to return to work. I need you to please call me. Thank you