| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE, LLC,<br><br>                                          Debtor. | Chapter 11<br>Case No. 24-20009-JNP |
| KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE, LLC,<br><br>                                         Plaintiff,<br><br>v.<br><br>TILE SETTERS AND TILE FINISHERS UNION OF NEW YORK AND NEW JERSEY, LOCAL NO. 7 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND; TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY SUPPLEMENTAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY BUILDING FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY DEFENSE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES | ADVERSARY NO.<br>24-01602-JNP |

INTERNATIONAL PENSION FUND; THE INTERNATIONAL MASONRY INSTITUTE; AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE,

Defendants.

## STIPULATION OF EXTENSION TO FILE RESPONSIVE PLEADING

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned as counsel or representative for the parties herein, that:

1. The time for all Defendants to respond to Plaintiff's Complaint (ECF Doc. No. 1) shall be extended through and including December 4, 2024.

2. For purposes of this stipulation, facsimile or electronic signatures shall be considered as original signatures.

Dated: November 18, 2024

**VIRGINIA & AMBINDER LLP**
*Attorneys for Defendants Local 7 Tile Benefit Funds*

By: /s/ Maura Moosnick
Maura Moosnick, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
mmoosnick@vandallp.com
(212) 943-9080

**COLLERAN, O'HARA & MILLS LLP**
*Attorneys for Defendant Tile Setters and Tile Finishers Union of New York and New Jersey, Local No. 7*

By: /s/ Thomas P. Keane
Thomas P. Keane, Esq.
100 Crossways Park West, Suite 200
Woodbury, New York 11797
tpk@cohmlaw.com
(516) 248-5757

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
*Attorneys for Plaintiff Kimo Tile @ Marble, LLC d/b/a Kimo Tile LLC*

By: /s/ Edmond M. George
Edmond M. George, Esq.
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
edmond.george@obermayer.com
(215) 665-3140