| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (*pro hac vice*)<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>           michael.vagnoni@obermayer.com<br><br>Counsel to the Debtor and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>KIMO TILE @ MARBLE, LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 24-20009-JNP |
| KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>TILE SETTERS AND TILE FINISHERS UNION OF NEW YORK AND NEW JERSEY, LOCAL NO. 7 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND; TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY SUPPLEMENTAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY | ADVERSARY NO.<br>24-01602-JNP |

4886-1111-7822 v1

| |
|---|
| BUILDING FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY DEFENSE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; THE INTERNATIONAL MASONRY INSTITUTE; AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE, <br><br>             Defendants. |

## CERTIFICATE OF SERVICE

I, Coleen M. Schmidt, certify that service of this summons and a copy of the complaint in the above-captioned adversary case was made October 22, 2024 by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Trustees of the Local 7 Tile Industry Welfare Fund
> Attn: Ronald Ade, Union Trustee
> 45-34 Court Square
> Long Island City, NY 11101

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service: By sending the process by certified mail addressed to the following officer of the defendant at:

> Trustees of the Local 7 Tile Industry Welfare Fund
> Attn: Ronald Ade, Union Trustee
> 45-34 Court Square
> Long Island City, NY 11101

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

      If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 11/22/24            Signature: _____
                                                    Coleen Schmidt
                                                  Centre Square West
                                                  1500 Market Street, Suite 3400
                                                  Philadelphia, PA 19102

Sworn to and subscribed
Before me this 22nd day
of November, 2024
_____
Notary Public

My Commission Expires: Jan. 25, 2025

> Commonwealth of Pennsylvania - Notary Seal
> Patricia A. Sheridan, Notary Public
> Philadelphia County
> My commission expires January 25, 2025
> Commission number 1213171

Member, Pennsylvania Association of Notaries

4886-1111-7822 v1



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** CMS
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee $ 4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 9.90
Total Postage and Fees $ 18.85

Postmark Here OCT 22 2024

9589 0710 5270 0775 7684 16

Trustees of the Local 7 Tile Industry Welfare Fund
Attn: Ronald Ade, Union Trustee
45-34 Court Square
Long Island City, New York 11101

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Trustees of the Local 7 Tile Industry Welfare Fund
Attn: Ronald Ade, Union Trustee
45-34 Court Square
Long Island City, New York 11101

9590 9402 8769 3310 6438 44

2. Article Number (Transfer from service label)
9589 0710 5270 0775 7684 16

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
Enter delivery address below:
45 34 Court Sq
LIC NY 11101

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt