**VIRGINIA & AMBINDER, LLP**

*Counsel for Defendant Benefit Funds*
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
Maura Moosnick, Esq.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE, LLC,<br><br>　　　　　　　　　　　　　　　　Debtor. | Chapter 11<br>Case No. 24-20009-JNP |
| KIMO TILE @ MARBLE, LLC d/b/a KIMO TILE, LLC,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>TILE SETTERS AND TILE FINISHERS UNION OF NEW YORK AND NEW JERSEY, LOCAL NO. 7 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND; TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY RETIREE WELFARE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY VACATION FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY SUPPLEMENTAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY PROMOTIONAL FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY TRAINING FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY BUILDING FUND; TRUSTEES OF THE LOCAL 7 TILE | ADVERSARY NO.<br>24-01602-JNP |

> INDUSTRY DEFENSE FUND; TRUSTEES OF THE LOCAL 7 TILE INDUSTRY LOCAL POLITICAL ACTION COMMITTEE; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; THE INTERNATIONAL MASONRY INSTITUTE; AND THE TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTWORKERS POLITICAL ACTION COMMITTEE,
>
> Defendants.

## NOTICE OF MOTION TO DISMISS ADVERSARY COMPLAINT

**PLEASE TAKE NOTICE** that, upon the Defendants Local 7 Tile Industry Benefit Funds' Memorandum of Law in Support of its Motion to Dismiss, the Declaration of Kenneth Cook, with Exhibits in Support, and the Declaration of Maura Moosnick, Esq. with Exhibits in Support, and all prior papers and proceedings herein, Defendant Union will move this Court, before the Honorable Jerrold N. Poslusny, at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Camden, New Jersey 08101, on January 7, 2025, for an Order Dismissing Plaintiff's Verified Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Claim on Which Relief can be Granted, and for other such relief as the Court may deem just and proper.

Please take further notice that pursuant to D.N.J. LBR 9013-2: Any opposition to a motion must be filed and served not later than 7 days before the hearing date. Any must be filed and served not later than 4 days before the hearing date.

Dated: New York, New York
December 4, 2024

        Respectfully submitted,

        **VIRGINIA & AMBINDER, LLP**
        Counsel for the Benefit Fund Defendants

By:   */s/ Maura Moosnick*
       Maura Moosnick, Esq.
       40 Broad Street, 7th Floor
       New York, New York 10004
       (212) 943-9080
       mmoosnick@vandallp.com